# DOCUMENTS TO BE SEALED

## PLAINTIFF

-v-

## DEFENDANT

**DOCKET NUMBER:** 23 CV 10479

**DATE FILED:** NOV 3 0 2023

**SIGNED BY:** JUDGE MARRERO

**DATE SIGNED:** NOV 2 7 2023

TO BE FILED UNDER SEAL:

___ ENTIRE ACTION

_X_ COMPLAINT/PETITION ONLY

___ OTHER DOCUMENTS/EXHIBITS