UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shire LLC and Shire U.S., Inc.,

                        Petitioners,

-against-

Meijer, Inc. and Meijer Distributions, Inc.,
                        Respondents.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/1/2023
```

23 Civ. 10479 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 30, 2023, Petitioners filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly:

1. By **December 22, 2023**, Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **January 12, 2024**, Respondents shall file their opposition; and

3. By **January 26, 2024**, Petitioners shall file their reply, if any.

    Additionally, by **December 15, 2023**, Petitioners shall serve a copy of the petition and this order upon Respondents by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, <u>and</u> upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **December 20, 2023**, Petitioners shall file an affidavit of such service.

    SO ORDERED.

Dated: December 1, 2023
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge