UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRE LLC, et al.,

        Petitioners,

-against-

MEIJER, INC., et al.,

        Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2024

23-CV-10479 (AT) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

    The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, and for report and recommendation on petitioner's Petition to Confirm Arbitration (Dkt. 1) and respondent's Motion to Dismiss (Dkt. 47), pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All motions and applications must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

    In accordance with the District Judge's Order dated January 10, 2024 (Dkt. 31), petitioners shall file their reply brief with respect to the Petition to Confirm Arbitration (which shall include their opposition to respondents' Motion to Dismiss) no later than **February 20, 2024**. Respondents shall file their reply brief with respect to the Motion to Dismiss no later than **March 5, 2024**.

    Parties and counsel are cautioned that any request to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

    In accordance with § 2(g) of Judge Moses's Individual Practices, courtesy copies of all formal motion papers, marked as such, must be delivered by hand, mail, or courier promptly after filing. Courtesy copies should bear the ECF header generated at the time of electronic filing and

include protruding tabs for any exhibits. Bulky materials should be neatly bound or placed in 3-ring binders with appropriate dividers.

The parties are reminded that, pursuant to Fed R. Civ. P. 73(b)(1), they may consent to the jurisdiction of the assigned Magistrate Judge to conduct all further proceedings and enter judgment. Consent must be unanimous, and is signified by filing a copy of the Form AO 85, "Consent to Proceed before United States Magistrate Judge," available on the Court's website, executed on behalf of all parties. Once the District Judge has approved the consent form, the Magistrate Judge assumes the role of the District Judge, and any appeal is directly to the Second Circuit. Consent is purely voluntary, and may be withheld without any adverse consequences.

Dated: New York, New York
      February 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**