# Arnold & Porter

Josh Barlow
+1 617.351.8052 Direct
Joshua.Barlow@arnoldporter.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/10/2024
```

May 8, 2024

**VIA ECF**

**MEMO ENDORSED**

Hon. Barbara C. Moses
Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Shire LLC and Shire U.S., Inc. v. Meijer, Inc. and Meijer Distributions,
Inc.*, 1:23-CV-10479-AT-BCM

Dear Magistrate Judge Moses:

We write regarding the above-captioned matter, and the parties' pending motions.
In accordance with Section 1(f) of your Individual Practices, we are pleased to report that
the parties have reached a settlement in principle addressing the above-captioned case
and the related litigation pending in the District Court of Massachusetts. The settlement
of the litigation in the District Court of Massachusetts is subject to the approval of that
Court. We are diligently working on preparing the settlement agreement. While we do so,
the parties jointly request that the above-captioned matter be stayed for ninety days.

We will update the Court if and when the settlement has been finalized.

Application GRANTED. This action is hereby
STAYED until August 6, 2024. No later than **July
30, 2024**, the parties must file a joint letter
on the docket, updating the Court on the status
of settlement. SO ORDERED.

Barbara Moses
United States Magistrate Judge
May 10, 2024

Respectfully Submitted,

*/s/ Joshua S. Barlow*

Joshua S Barlow, Esq.